IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sims, John  
Sims, Alicia  
Printed: 11/20/07

Case Number: 07 B 06573  
Judge: Squires, John H  
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: September 24, 2007  
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,899.51 |  |
| Secured: |  | 1,847.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,504.00 |
| Trustee Fee: |  | 248.38 |
| Other Funds: |  | 299.64 |
| Totals: | 4,899.51 | 4,899.51 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,504.00 | 2,504.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 1,217.90 |
| 3. | Nuvell Financial Services | Secured | 0.00 | 600.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 29.59 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 274.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 2,823.85 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 8,235.19 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 233.20 | 0.00 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 1,153.70 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 41.02 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 250.50 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 2.20 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 118.96 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 12.49 | 0.00 |
| 16. | Jefferson Capital | Unsecured | 120.23 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 35.25 | 0.00 |
| 18. | National Capital Management | Unsecured | 10.51 | 0.00 |
| 19. | Educational Credit Management Corp | Unsecured | 199.54 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 10.56 | 0.00 |
| 21. | Midland Credit Management | Unsecured | 13.00 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 4.90 | 0.00 |
| 23. | Freedom Card | Unsecured | 69.60 | 0.00 |
| 24. | Monterey Financial Services | Unsecured | 93.05 | 0.00 |
| 25. | Aspire Visa | Unsecured | 71.01 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sims, John  
Sims, Alicia  
Printed: 11/20/07

Case Number: 07 B 06573  
Judge: Squires, John H  
Filed: 4/12/07

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | Portfolio Recovery Associates | Unsecured | 75.59 | 0.00 |
| 27. | St John Health | Unsecured | 12.89 | 0.00 |
| 28. | Illinois Dept Of Healthcare And Family | Unsecured | 418.30 | 0.00 |
| 29. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 30. | Nuvell Financial Services | Unsecured | 44.51 | 0.00 |
| 31. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 32. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 33. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 34. | Credit Management Co. | Unsecured | | No Claim Filed |
| 35. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 36. | Covenant Mgmt Group | Unsecured | | No Claim Filed |
| 37. | Credit Collection | Unsecured | | No Claim Filed |
| 38. | Credit Protection Association | Unsecured | | No Claim Filed |
| 39. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 40. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 41. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 42. | Harris & Harris | Unsecured | | No Claim Filed |
| 43. | H&F Law | Unsecured | | No Claim Filed |
| 44. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 45. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 46. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 47. | Medical Collections | Unsecured | | No Claim Filed |
| 48. | M & M Credit Exchange | Unsecured | | No Claim Filed |
| 49. | Unv Fidity | Unsecured | | No Claim Filed |
| 50. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 51. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 52. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 53. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 54. | Sallie Mae | Unsecured | | No Claim Filed |
| 55. | West Asset Management | Unsecured | | No Claim Filed |
| 56. | USCB | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,828.05 | $ 4,351.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 248.38 |
| | _____ |
| | $ 248.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ (signature)